STEVEN G. ROSALES
ATTORNEY AT LAW SBN: 222224
LAW OFFICE OF LAWRENCE D. ROHFLING
12631 E. IMPERIAL HWY SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670
TEL: (562) 868-5886
FAX: (562) 868-5491

Attorneys for Plaintiff ALBERT PHILLIPS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT PHILLIPS, | Case No.: 1: 06 CV 00413 TAG |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; and ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | |
| Defendant | |

TO THE HONORABLE THERESA A. GOLDNER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff ALBERT PHILLIPS ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to January 6, 2007.

-1-

1 | Plaintiff's counsel makes this request because additional time is needed to
2 | review the extensive administrative record and properly address the issues
3 | presented.

DATE: November 15, 2006    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING


BY:  /s/ Steven Rosales
     Steven G. Rosales
     Attorney for ALBERT PHILLIPS


DATE: November 17, 2006.    McGREGOR W. SCOTT
                            United States Attorney




BY:  /s/ - Kristi Kapetan  by Steven G. Rosales*
     Kristi Kapetan
     Assistant United States Attorney
     Attorneys for Defendant
     [*By email authorization on November 17, 2006]

# ORDER

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 6, 2007, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to February 5, 2007 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

DATE:  November 30, 2006         /s/ Theresa A. Goldner
                                 _____
                                 THERESA A. GOLDNER
                                 **United States Magistrate Judge**