McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA M. MONTANO CSBN 165628
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: donna.m.montano@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT PHILLIPS,  )<br>    Plaintiff,  )<br>                )<br>    v.  )<br>                 )<br>MICHAEL J. ASTRUE,[1]  )<br>Commissioner of Social Security,  )<br>    Defendant.  )<br>_____) | CASE NO. 1:06-cv-0413- TAG<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S OPENING BRIEF (Doc. 21) |

       The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from April 21, 2007 to June 14, 2007.

\\\

\\\

\\\

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  This is defendant's first request for an extension of time to file a response to plaintiff's opening
2  brief. Defendant needs the additional time to further review the file and prepare a response in this
3  matter.

4                                       Respectfully submitted,

5  Dated: MAY 18, 2007           /s/ Steven Rosales
                                      (Authorized by L. Rohlfing by telephone 5/18/07)
6                                       STEVEN ROSALES
                                      Attorney for Plaintiff

7

8  Dated: MAY 18, 2007           McGREGOR W. SCOTT
                                      United States Attorney
9                                       LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
10                                     Social Security Administration

11
                                    */s/ Donna Montano
12                                     *DONNA MONTANO
                                    Special Assistant U.S. Attorney
13

14  IT IS SO ORDERED.

15  Dated: **May 18, 2007**                           **/s/ Theresa A. Goldner**
16                                                   UNITED STATES MAGISTRATE JUDGE

17
18
19
20
21
22
23
24
25
26
27
28